WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
Email:  rwright@wrightlegal.net
Charles T. Meyer, Esq., SBN 264457                    *MADE JS-6*
Email: cmeyer@wrightelgal.net
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
(949) 477-5050; Fax: (949) 477-9200

Attorneys for Defendant, SAXON MORTGAGE SERVICES, INC., and Federal National Mortgage Association

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES T. MOORE, | ) Case No.:  CV 12-00856 GW (FFMx) |
| | ) |
| Plaintiff, | ) District Judge: Hon. George H. Wu |
| vs. | ) |
| | ) **JUDGMENT OF DISMISSAL** |
| SAXON MORTGAGE SERVICES, | ) |
| INC., and DOES 1 THROUGH 10, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

On March 20, 2012, Defendants' Saxon Mortgage Services, Inc., ("Saxon") and Federal National Mortgage Association ("Fannie Mae") (collectively referred to as "Defendants") Motion to Dismiss Plaintiffs' First Amended Complaint was filed. [Doc.No.12]. On April 19, 2012 the Court granted Defendants' Motion to Dismiss. [Doc. No.15]. Plaintiff has failed to timely oppose Defendants' Motion to Dismiss the First Amended Complaint. Pursuant to Local Rule 7-15, the Court finds that the motions can be decided without oral arguments. Hence, the Court Grants Defendants' Motion to Dismiss Plaintiff's First Amended Complaint in its entirety, with prejudice and without leave to amend, and the hearing date is taken off calendar.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT: Plaintiffs' entire action against Defendants is DISMISSED with prejudice. This is a final judgment.

DATED: April 26, 2012

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

[PROPOSED] JUDGMENT OF DISMISSAL